UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CEDRIC CRY                                                                                    PLAINTIFF

v.                                                                CIVIL ACTION NO. 3:15cv318-DPJ-FKB

SERGEANT R. DILLIARD, et al.                                                        DEFENDANTS

ORDER

This case is before the Court on the ore tenus motion of the pro se, in forma pauperis Plaintiff, Cedric Cry, for issuance of a subpoena for Ms. Diane Riley to appear and testify at the trial of this cause. Upon due consideration of the motion, in light of 28 U.S.C. § 1915(d), the Court grants Cry's motion.

The Clerk of Court is hereby directed to issue the subpoena attached hereto as Exhibit A, and the United States Marshals Service is ordered to serve the subpoena upon Ms. Diane Riley at the address listed thereon.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE