# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CEDRIC CRY**                                                                           **PLAINTIFF**

**V.**                            **CIVIL ACTION NO.: 3:15-CV-00318-DPJ-FKB**

**SERGEANT R. DILLIARD,**
**LIEUTENANT SCOTTY MOORE,**
**and CAPTAIN DAVID REDD**                                         **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of Plaintiff, Cedric Cry, and Defendants, Sergeant Rodrigue Dilliard, Lieutenant Scotty Moore and Captain David Redd, that all claims against Defendants Sergeant Rodrigue Dilliard, Lieutenant Scotty Moore and Captain David Redd be dismissed with prejudice, and the Court, having considered the same, and it being made known to the Court that the parties are in agreement thereto, finds that said motion is well taken.

IT IS THEREFORE ORDERED that all claims against Defendants Sergeant Rodrigue Dilliard, Lieutenant Scotty Moore and Captain David Redd are hereby dismissed with prejudice, each party shall bear their own costs.

**SO ORDERED AND ADJUDGED** this the 22nd day of September, 2017.

                                                  s/ *Daniel P. Jordan III*
                                                  UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:


/s/ Cedric Cry
Cedric Cry
235 Champion Hill Dr.
Jackson, MS 39212
    *Pro Se Plaintiff*


/s/ William R. Allen
WILLIAM R. ALLEN (MSB #100541)
J. CHADWICK WILLIAMS (MSB #102158)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com
cwilliams@aabalegal.com
jmalone@aabalegal.com
    *Attorneys for Defendant Rodrique Dilliard,*
    *Lieutenant Scotty Moore, and Captain David Redd*